IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-188-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. LESLIE RENEE HEE,**
**6. GILBERTO FERNANDO MARTINEZ,**
**7. DANIEL R. LAURENCE,**

## ORDER

Kane, J.

        This matter is before the court on the government's Motion to Continue Jury Trial and deadlines (doc. #196), filed October 13, 2011. The motion is **GRANTED**. The court finds that the interests of justice are best served by a continuance pursuant to U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii), and an additional 90 days are excluded from the speedy trial deadlines. The jury trial set for November 7, 2011 is **VACATED AND RESET** for **February 6, 2012 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The Final Trial Preparation Conference/Motions Hearing set for October 28, 2011 is **VACATED AND RESET** for **January 27, 2012 at 10:00 a.m.**

        Dated this 17th day of October, 2011.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court